```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 19649
    DEMETRIA SIMMONS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8750

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/23/2007 and was not confirmed.

    The case was dismissed without confirmation 02/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC           .00          .00         308.34
AMERICREDIT FINANCIAL SV UNSECURED           4836.38          .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG           .00          .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE           .00          .00            .00
CAPITAL ONE              UNSECURED         NOT FILED          .00            .00
CCA                      UNSECURED         NOT FILED          .00            .00
GREAT AMERICAN FINANCE   UNSECURED            210.10          .00            .00
IC SYSTEMS               UNSECURED         NOT FILED          .00            .00
NICOR GAS                UNSECURED           2727.74          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED             684.23         .00            .00
US DEPT OF EDUCATION     UNSECURED           9183.00          .00            .00
VERIZON WIRELESS         UNSECURED            528.00          .00            .00
GREAT AMERICAN FINANCE   SECURED             1200.00          .00          50.00
ERNESTO D BORGES JR      DEBTOR ATTY       1,999.00                       153.79
TOM VAUGHN               TRUSTEE                                           37.87
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                550.00

PRIORITY                                          .00
SECURED                                        358.34
UNSECURED                                         .00
ADMINISTRATIVE                                 153.79
TRUSTEE COMPENSATION                            37.87
DEBTOR REFUND                                     .00
                     --------------     --------------
TOTALS                 550.00                  550.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 19649 DEMETRIA SIMMONS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |